473 A.2d 677

Sterner, Appellant, v. Groft, Jr.

Submitted January 11, 1984. John R. Gailey, Jr., for appellant; Wentworth D. Vedder, for appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Order affirmed.

473 A.2d 677

Swartz, Appellant, v. Swartz, Jr.

Submitted January 11, 1984. Kenneth J. Sparler, for appellant; Laurence T. Himes, Jr., for appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Order affirmed.